[No. 25524-3-II.  Division Two.  August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK C. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-01471-9, Richard D. Hicks, J., entered January 18, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25731-9-II.  Division Two.  August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN RAYFORD BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00845-8, John A. McCarthy, J., entered March 10, 2000. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 26033-6-II.  Division Two.  August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH W. SHUMATE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00171-9, F. Mark McCauley, J., entered December 23, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.

[No. 26108-1-II.  Division Two.  August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA HALEY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00073-1, James B. Sawyer II, J., entered June 2, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.